UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA MOUSAWAY MCCUEN, | No. 2:24-cv-00184-JDE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $5,291.34 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation.

Dated:   July 9, 2024

JOHN D. EARLY
United States Magistrate Judge